No. 81–1003.   WHITE, MAYOR OF BOSTON, ET AL. *v.* MASSACHUSETTS COUNCIL OF CONSTRUCTION EMPLOYERS, INC., ET AL.   Sup. Jud. Ct. Mass.   Certiorari granted. ■

No. 81–423.   ALANDER *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied. ■

No. 81–644.   DAVIS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied. ■

No. 81–718.   SUMNER ET UX. *v.* SHEPPARD.   Sup. Ct. Kan.   Certiorari denied. ■

No. 81–762.   ESTES *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied. ■

No. 81–779.   HOLLAND *v.* SEA-LAND SERVICE, INC. C. A. 4th Cir.   Certiorari denied. ■

No. 81–781.   SEA-LAND SERVICE, INC., ET AL. *v.* ALASKA RAILROAD ET AL.   C. A. D. C. Cir.   Certiorari denied. ■

No. 81–796.   ANDREWS *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–814.   CADY ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ■

No. 81–856.   SCHRIEVER *v.* UNITED STATES; and
No. 81–870.   WILLIAMS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   Reported below: 652 F. 2d 1000.

No. 81–877.   ZWEGO *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied. ■